```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>TAMMY HAUGSBY,<br><br>            Defendant | No. CV A 10-9814<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Tammy Haugsby, in the principal amount of $5,255.39 plus interest accrued to December 9, 2010, in the sum of $6,566.06; with interest accruing thereafter at $1.02 daily until entry of judgment, administration costs in the amount of $12.47, for a total amount of **$11,833.92**.

DATED: 1/6/2011        By: TERRY NAFISI
                                                Clerk of the Court

                                                Deputy Clerk
                                   United States District Court